#### *Nathan Leonard* v. *Gideon Sunderlin.*

SHEPHARD moved for leave to permit a justice to amend a return on an affidavit, stating that it was made out by one of the attornies in the suit, and on examination he finds it " incorrect in point of fact, " and defective as it existed before him."

*Per Curiam.* The affidavit is insufficient. It should have specified the points in which it was intended to amend, that we might see whether the errors now existing, were material.